**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00930-CR

**ALICE ANNETTE STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-45120-M**

## ORDER

Appellant's August 11, 2014 motion for extension of time to file appellant's reply brief is

**GRANTED**.  The time to file appellant's reply brief is **EXTENDED** to **September 10, 2014**.


/s/     DAVID EVANS
        JUSTICE